UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-151-HES-MCR
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(o)
21 U.S.C. § 841(a)(1)

SCOTT RANDALL CHANCE, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or around February 26, 2023, and continuing through on or about July 7, 2023, in the Middle District of Florida, the defendant,

SCOTT RANDALL CHANCE, JR.,

did willfully engage in the business of dealing in firearms without a license.

In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

### COUNT TWO

On or about February 26, 2023, in the Middle District of Florida, the defendant,

SCOTT RANDALL CHANCE, JR.,

knowingly possessed a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT THREE

On or about March 27, 2023, in the Middle District of Florida, the defendant,

SCOTT RANDALL CHANCE, JR.,

knowingly possessed a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT FOUR

On or about July 7, 2023, in the Middle District of Florida, the defendant,

SCOTT RANDALL CHANCE, JR.,

did knowingly and intentionally distribute a controlled substance, which violation involved marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922(o) and/or (j), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to:

    a. Unknown manufacturer, privately manufactured handgun, bearing no serial number, seized on June 27, 2023;

    b. Kahr Arms, PM45, .45 caliber handgun, bearing serial number SV1003;

    c. Glock, 19 Gen 4, 9mm handgun, bearing serial number ACHU967;

    d. Polymer 80, PF940C, 9mm handgun, bearing no serial number, seized on July 7, 2023;

    e. Glock, 19, 9mm handgun, bearing serial number BVHG610;

    f. Glock 19, 9mm handgun, bearing serial number ACDN971;

    g. Canik, Mete MC9, 9mm handgun, bearing serial number 23CT0467;

    h. Unknown manufacturer, privately manufactured AR-style pistol, bearing no serial number, seized on July 6, 2023;

    i. Glock, Model 38, .45GAP caliber handgun, bearing serial number HCE648;

    j. Two handgun holsters, seized on June 27, 2023, and July 6, 2023; and

    k. All magazines and ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
AAKASH SINGH
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/1/23 Revised

No. 3:23-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SCOTT RANDALL CHANCE, JR.

## INDICTMENT

Violations: 18 U.S.C. §§ 922(a)(1)(A), 922(o), 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 2 day

of November, 2023.

_____
Clerk

Bail  $_____

GPO 863 525